# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-2316
_____

JOSE RAUL PLASENCIA,

Appellant,

v.

RICKY D. DIXON, SECRETARY,
FLORIDA DEPARTMENT OF
CORRECTIONS,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
J. Lee Marsh, Judge.

April 9, 2025

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

RAY, WINOKUR, and TANENBAUM, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Jose Raul Plasencia, pro se, Appellant.

Shirtrina Niquita Roberts, Assistant General Counsel, Florida Department of Corrections, Tallahassee, for Appellee.